UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                             Chapter 11

BCM CRE OPPORTUNITY FUND LLP,            Case No.: 23-40964-jmm

                                      Debtor.
------------------------------------------------------------X

## ORDER EXTENDING THE DEBTOR'S TIME
## TO CURE FILING DEFICIENCIES
## EFFECTIVE AS OF APRIL 5, 2023

UPON the application [Dkt. No. 15] (the "Application") of BCM CRE Opportunity Fund LLP the debtor and the debtor in possession (the "Debtor") in this chapter 11 case, by and through its proposed counsel, the Law Offices of Avrum J. Rosen, PLLC, seeking the entry of an Order extending the Debtor's time to cure certain filing deficiencies from April 5, 2023 to April 19, 2023; and the matter having come on for a hearing before the Court on May 3, 2023; and the Debtor having appeared by its proposed counsel, the Law Offices of Avrum J. Rosen, PLLC; and there being no opposition to the relief sought in the Application, or said opposition having either been withdrawn or otherwise overruled; and the Court, after due deliberation having determined that the relief sought is appropriate and should be granted; it is hereby

**ORDERED** that the Application is granted to the extent set forth herein; and it is further

**ORDERED** that for the reasons set forth in the Record at the hearing held on May 3, 2023, the Debtor's time to cure the filing deficiencies is hereby extended up to and including May 3, 2023; it is hereby

**ORDERED** that this Court may retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: May 5, 2023
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge